**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LUIS FERNANDO REGALADO-NAUTA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, and U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-cv-6834** |

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition thereto (ECF No. 4), **IT IS HEREBY ORDERED** as follows:

1. The Petition is **GRANTED**;
2. The Government shall **RELEASE** Petitioner from custody immediately and certify compliance with the Court's Order by filing and entry on the docket no later than 12:00 p.m. ET on September 18, 2026;
3. The Government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody;
4. If the Government chooses to pursue re-detention of Petitioner after that seven-day period, it must first provide him with a bond hearing pursuant to 8 U.S.C. § 1226(a); and,
5. Pending the ordered bond hearing, the Government **SHALL NOT** remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania. If the Immigration Judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission of the Court to move him. If

unforeseen or emergency circumstances arise that require Petitioner to be removed, any such request must include an explanation for the request as well as a proposed destination.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**